## WRIGHT *v.* BARROW.

APPEAL from the District Court of Terrebonne, *Randall*, J. *Beatty*, for
the plaintiff. *Raby* and *C. A. Johnson*, 'for the ·appellant. The judgment
of the court was pronounced by

ROST, J. This action is instituted on another of the notes executed by the
defendant, under the judgment and compromise mentioned 'in the case just
decided.

Except the question of practice, which does not arise here, the issue is the
same in both cases; and, for the reasons given in the other, the judgment render-
ed in this case in favor of the plaintiff must be affirmed.

*Judgment affirmed.*